No. 79–1008. ILLINOIS *v.* BISHOP. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 79–1010. SIEBERT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–1011. RANDELL *v.* BANZHOFF. Sup. Ct. Ala. Certiorari denied.

No. 79–1012. LASHMETT *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 79–1021. GRANVILLE CENTRAL SCHOOL DISTRICT ET AL. *v.* THOMAS ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1026. VAHALIK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1032. REFRIGERATED FOOD LINE, ET AL. *v.* REPUBLIC INDUSTRIES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–1034. PANKO *v.* RODAK, CLERK OF U. S. SUPREME COURT, ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–1037. STOCKTON & HING *v.* EVANS, TRUSTEE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1046. SMITH *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied.

No. 79–1052. PRICE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.